# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

---

**KACEY OFSEVIT, ET AL.**

*Plaintiff*

v.

**BOOKSTORE &AMP; RESTAURANT, INC., ET AL.**

*Defendant*

Civil Action No.: 1:25−CV−11312−AK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bookstore & Restaurant, Inc.
Reg. Agent: Joseph Parlante, 50 Kendrick Avenue, Wellfleet, MA 02667

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⎯ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⎯ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amato A. DeLuca, DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street, Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Courtney Horvath**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025−05−12 09:22:58, Clerk USDC DMA

Civil Action No.: **1:25−CV−11312−AK**

PROOF OF SERVICE

**Barnstable County Sheriff's Office**   3261 Main Street, Barnstable MA  02630   Telephone (508) 362-9578
Barnstable, SS

June 12, 2025

**I hereby certify and return that on 5/28/2025 at 1:00 PM I served a true and attested copy of the Summons and Complaint with Plaintiff's Prayer for Trial by Jury in this action in the following manner: To wit, by delivering in hand to Carol Mindreto, Co-Owner and Agent/Person in Charge who accepted civil process for Bookstore & Restaurant, Inc. at 50 Kendrick Avenue, Wellfleet, MA 02667. Attest (2) ($10.00) Basic Service ($20.00) Conveyance ($4.50) Postage & Handling ($2.00) Travel ($17.10) Total: $53.60**

*Donald J. Doyle* (signature)

**Deputy Sheriff   Donald Doyle**                                        **Deputy Sheriff**

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____                             _____
Date                                                Server's Signature

                                                    _____
                                                    Printed name and title

                                                    _____
                                                    Server's Address

Additional information regarding attempted service, etc: